JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-02292-SB (ADSx) | Date: | 4/29/2021 |
|---|---|---|---|

| Title: | *Jeremy Holland v. NRH Global Holdings, LLC, et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **ORDER DISMISSING CASE WITH PREJUDICE**

The Court has reviewed Plaintiff's notice of voluntary dismissal.  ([Dkt. No. 9](#).)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the action is **DISMISSED with prejudice**.

   **IT IS SO ORDERED**.